DAG

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

FILED IN OPEN COURT
FEB 27 2020
CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 20-00054-TFM |
| | * | USAO NO. 20R00081 |
| v. | * | MAG. NO. 20-MJ-00019-B |
| | * | VIOLATIONS: 21 USC § 841(a)(1) |
| MICHAEL HERNANDEZ SERRANO | * | 18 USC § 924(c) |

Certified to be a true and correct copy of the original.
Christopher Ekman
U.S. District Court
Southern District of Alabama
By: Cathi Jennings
Deputy Clerk
Date: February 11, 2025

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about February 2, 2020, in the Southern District of Alabama, the defendant,

**MICHAEL HERNANDEZ SERRANO,**

aided and abetted by others, both known and unknown to the Grand Jury, did knowingly, and intentionally, possess with intent to distribute Cocaine, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO**

On or about February 2, 2020, in the Southern District of Alabama, the defendant,

**MICHAEL HERNANDEZ SERRANO,**

during and in relation to a drug trafficking crime for which he may be prosecuted in a Court of the United States, to-wit: possession with intent to distribute a Schedule II controlled substance, as set out in Count One of this Indictment, did knowingly possess a firearm in furtherance of the drug trafficking crime.

In violation of Title 18, United States Code, Section 924(c).

## FORFEITURE NOTICE

Pursuant to Rule 32.2(a), Fed. R. Crim. P., the allegations contained in Counts One and Two of this Indictment are hereby repeated, realleged, and incorporated by reference herein as though fully set forth at length for the purpose of alleging forfeiture.

Upon conviction of Count One or Count Two of this Indictment, the defendant,

**MICHAEL HERNANDEZ SERRANO,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), and pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2), the following:

any firearms and ammunition involved or used in the commission of the offense, and

any property, real or personal, which constitutes or is derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation(s), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), this includes, but is not limited to:  a Taurus 740 Slim .40 caliber pistol, Model 1-740031FS, Serial Number SKS26371.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c); and all pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2).

A TRUE BILL

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

RICHARD W. MOORE
UNITED STATES ATTORNEY
By:

_____
DEBORAH A. GRIFFIN
Assistant United States Attorney

_____
SEAN P. COSTELLO
Assistant United States Attorney
Chief, Criminal Division                FEBRUARY 2020